

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Aaron Matthew Estrada, individually
and as next friend of M.K.L.E., a minor,

* From the 220th District Court
   of Comanche County,
   Trial Court No. CV14221.

Vs. No. 11-23-00182-CV

* January 9, 2025

Luke Mix and Maria Mix,

* Memorandum Opinion by Williams, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Aaron Matthew Estrada, individually and as next friend of M.K.L.E., a minor.